UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

LAZSLO FRIEDMAN,                     :

              Plaintiff,            :        **ORDER**

   - against -                        :        07 Civ. 3651 (NRB)

JOANNE BARNHART,                     :

              Defendant.            :

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS a review of the docket sheet shows that the Government filed its answer on October 10, 2007, it is hereby

    ORDERED that the Government's motion for judgment on the pleadings is to be submitted no later than February 29, 2008. Plaintiff can submit any papers he wishes in response by March 31, 2008. The Government may submit any reply papers by April 15, 2008. The submission of the motion should conform to my Individual Practices, a copy of which is enclosed.

    **IT IS SO ORDERED.**

DATED:   New York, New York
          January 14, 2008

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE