

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

February 28, 2008

**BY FAX**

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re:  Lazslo Friedman v. Astrue
            07 Civ. 3651 (NRB)

Dear Judge Buchwald:

      Pursuant to the Court's scheduling order, the Government's motion for judgment on the pleadings in the above-referenced Social Security case is due February 29, 2007. We write respectfully to request, that the briefing schedule for this matter be adjourned for twelve days, as follows: Government's motion for judgment on the pleadings by March 12, 2008, plaintiff's opposition by April 11, 2008, and the Government's reply by April 28, 2008. The reason for this request is to allow the Government sufficient time to prepare its papers.

      We have attempted to obtain the consent of plaintiff's counsel to this request, but have been unsuccessful. When we contacted the office of Barry Traub, Esq., we were advised that Mr. Traub was no longer representing plaintiff. We note, however, that there has been no formal order relieving Mr. Traub of his responsibilities as counsel, and we therefore have not attempted to contact the plaintiff, Lazlo Friedman, directly.

No prior adjournment of the briefing schedule has been requested. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird

SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: **BY FAX**
    Barry Traub, Esq.