

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

March 12, 2008

By Hand

Honorable Naomi R. Buchwald
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

    Re:  Lazlo Friedman v. Astrue
          07 Civ. 3651 (NRB)

Dear Judge Buchwald:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced. I am writing on behalf of Susan D. Baird, the Assistant U.S. Attorney handling this matter.

    Because Ms. Baird has been ill and expects to be out for the rest of this week, she has not been able to prepare defendant's motion for judgment on the pleadings, which is due today. Therefore, defendant respectfully requests a thirty-day extension of time to file his motion.

    Should the Court grant this request, defendant's motion would be due on April 11, 2008. Plaintiff's response would be due on May 12, 2008. Defendant's reply, if any, would be due on May 28, 2008.

    This is defendant's second request for an extension on the briefing schedule, as defendant's motion was originally due on February 29, 2008. This Office attempted to contact plaintiff, who is proceeding <u>pro se</u>, but we were unable to reach him to convey our request.

*Endorsement:*

*The Government's motion is due April 2.*
*The plaintiff's answering brief is due May 2.*
*The Government's reply is due May 16, 2008.*
*So Ordered.*

*[signature]*
*3/14/08*

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Lazlo Friedman, Plaintiff Pro Se

2