```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LAZSLO FRIEDMAN,                    :

              Plaintiff,            :      ORDER

      - against -                   :      07 Civ. 3651 (NRB)

JOANNE BARNHART,                    :

              Defendant.            :
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS the Court has been informed that plaintiff has terminated Barry Traub, Esq. as his counsel in this matter due to irreconcilable differences; and

WHEREAS the plaintiff filed a notice of appearance in this matter on December 13, 2007; it is hereby

ORDERED that Mr. Traub is relieved as counsel in this case.

**IT IS SO ORDERED.**

DATED:    New York, New York
          March 18, 2008

_[signature]_
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

<u>Plaintiff</u>
Lazslo Friedman
124 Forshay Road
Monsey, NY 10952

<u>Former attorney for Plaintiff</u>
Barry Traub, Esq.
216 Congers Road, Suite C
New City, NY 10956

<u>Attorney for Defendant</u>
Susan Baird
Office of the U.S. Attorney
Civil Division
86 Chambers Street
New York, NY 10007