

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---



*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 7, 2008

**BY FAX**

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  <u>Lazalo Friedman v. Astrue</u>
07 Civ. 3651 (NRB)

Dear Judge Buchwald:

This letter will confirm my conversation with chambers on April 7, 2008, regarding the above-referenced Social Security case. On March 12, 2008, this office requested an adjournment of the briefing schedule in this case due to the illness of the undersigned. Although the request made by this office would have reset the due date for the Government's brief to April 11, 2008, we understand from chambers that the Court did not grant that request, but extended the date for the Government's brief only to April 2, 2008. We apologize for the mix-up in dates. In order to have sufficient time to prepare the Government's papers, we respectfully request that the briefing schedule in this case be adjourned <u>nunc pro tunc</u> as follows: Government's brief by April 11, 2008, plaintiff's response by May 12, 2008, and Government's reply by May 27, 2008.

We have attempted to obtain the consent of plaintiff, who is now proceeding <u>pro se</u>, to this proposed adjournment, but multiple calls to his number ((845) 345-4750) have resulted in a

*So Ordered*

*Naomi Reice Buchwald USDJ*

*4/8/08*

busy signal, with no possibility of leaving a message. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:

SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: Lazlo Friedman
    Plaintiff pro se
    124 Forshay Road
    Monsey, New York 10952

2