

**LAZSLO FRIEDMAN**
124 FORSHAY ROAD
MONSEY, NY 10952
TEL.: (845) 354-4750



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

May 2, 2008

By Fax

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

RE: *Friedman v. Astrue*
07 Civ. 3651 (NRB)

Dear Judge Buchwald:

For the reasons stated below, I respectfully request an extension of the time in which I may respond to the U.S. Attorney's brief in this action:

1. I was unaware that Ms. Baird had requested an extension of the due date for the defendant's brief to April 11, 2008. Had I been consulted by the Asst. U.S. Attorney, I would not have agreed to such an extension because I was scheduled to be out of the state with my family from April 15, 2008 through April 28, 2008. An April 11 date, even if it were adhered to, would not enable me to receive the Government's papers before my departure on April 15. As a result, I would not see the papers until my return on April 28.

2. Ms. Baird states in her letter to you dated April 7, 2008 that she tried unsuccessfully to reach me to obtain my consent. Unfortunately, she tried to reach me at the wrong telephone number. My number is not (845) 345-4750, as she writes, but (845) 354-4750, as I clearly state in my Notice of Appearance, a copy of which is attached to this letter.

3. As a result of Ms. Baird's failure to communicate with me, an order was signed extending the time for the submission of the Government's brief to April 11, 2008. The Government's Notice of Motion and brief were mailed to me not on April 11, but on April 14, and they arrived after I had already departed New York State.

4. As a consequence of my late receipt of the Government's papers, I find that I am unable to sufficiently answer them by May 12, 2008, and, therefore, request an extension of my time to respond to thirty days from my receipt of the papers, or May 28, 2008.

Application Granted.

So Ordered.

*[signature]*
5/5/08

I appreciate your Honor's consideration of my request.

Respectfully,

Lazslo Friedman

Enclosure

cc:   Susan D. Baird, Esq. (transmitted by facsimile, (212) 637-2750)