**Lazslo Friedman**
124 Forshay Road
Monsey, NY 10952
Tel.: (845) 354-4750

May 22, 2008

By Fax (212-805-7927)

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

RE:  *Friedman v. Astrue*
     07 Civ. 3651 (NRB)



Dear Judge Buchwald:

In accordance with your recent Order, I am required to respond to the Government's Memorandum of Law, in support of its motion for judgment on the pleadings, by May 28, 2008.

I have been suffering from a debilitating case of the flu for the past several days and have found it impossible to concentrate in preparing my response to the Government's brief. I saw my doctor yesterday who prescribed rest for a week, after which I am to return to see him. A copy of his note is attached.

In light of my physical condition, I respectfully request that the date on which I must submit my response to the Government's brief be extended one week, until June 4, 2008.



So Ordered
Naomi Reice Buchwald
5/23/08

Thank you very much for your consideration of my request.

Respectfully,

Lazslo Friedman

Enclosure

cc:  Susan D. Baird, Esq. (transmitted by facsimile, 212-637-2750)