

**U.S. Department of Justice**

United States Attorney
Southern District of New York

MEMO ENDORSED

86 Chambers Street, 3rd floor
New York, New York 10007

June 18, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08
```

BY HAND

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

JUN 19 2008

UNITED STATES DISTRICT JUDGE

Re: Lazslo Friedman v. Astrue
07 Civ. 3651 (NRB)

Dear Judge Buchwald:

This letter will confirm my conversation with Your Honor's chambers on June 17, 2008, regarding the above-referenced Social Security case. As we advised chambers, this office did receive a brief from plaintiff, who is proceeding pro se, and we enclose a copy of it for the Court's convenience. We respectfully request that the Court set June 27, 2008, as a date for the Government to file a brief in opposition to plaintiff's motion papers. We discussed this matter with plaintiff, who stated that he would prefer the Government's opposition to be filed by June 24, 2008, because he believed that one week was sufficient time to submit a response. A date for the Government's opposition to plaintiff's motion had not been set previously.

*So Ordered*

*6/19/08*

We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:

SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

Enc.

cc: <u>BY FEDERAL EXPRESS</u>
    Lazlo Friedman
    Plaintiff <u>pro</u> <u>se</u>
    124 Forshay Road
    Monsey, New York 10952