

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

LAZSLO FRIEDMAN,

                Plaintiff,                      07 **CIVIL** 3651 (NRB)

    -against-                           **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                Defendant.              **SCANNED**

-------------------------------------------------------X

       The Commissioner having moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the said motions having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court thereafter, on August 19, 2008 having rendered its Memorandum and Order granting the Commissioner's motion for judgment on the pleadings, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated August 19, 2008, the Commissioner's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
         August 19, 2008

                                                  **J. MICHAEL McMAHON**
                                                          **Clerk of Court**
                                      BY:
                                                          **Deputy Clerk**

                                          **THIS DOCUMENT WAS ENTERED
                                          ON THE DOCKET ON** _____